FILED
 2011 Feb-15  PM 03:09
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| TRUNG LE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 4:11-cv-0021-WMA-PWG |
| ERIC HOLDER, United States ) | |
| Attorney General, et al., ) | |
| ) | |
| Respondents. ) | |

### MEMORANDUM OPINION

The petitioner, Trung Le, has filed a *pro se* application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting that he is being illegally detained by the respondents and that he is due to be released from custody. (Doc. 1). The respondents have filed a motion to dismiss this matter as being moot. (Doc. 5). Upon consideration, the court finds that the respondents' motion is due to be granted and that the petition is due to be dismissed as moot.

In support of their motion to dismiss, the respondents have filed a copy of an unsworn declaration made pursuant to 28 U.S.C. § 1746 by a Deportation Officer stating that the petitioner was released from custody on February 7, 2011 on an order of supervision. (Doc. 5-1). Thus, his claim for release on parole or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, this matter is due to be dismissed as moot. A separate order will be entered.

As to the foregoing it is SO ORDERED this the 15th day of February, 2011.

```
                                   _____
                                   WILLIAM M. ACKER, JR.
                                   UNITED STATES DISTRICT JUDGE
```